be and accordingly is dismissed. Likewise, deeming the writ of error an application for certiorari, the Court can find no federal question whatever involved herein and therefore denies that writ. The costs already incurred herein by direction of the Court · shall be paid by the Clerk from the special fund in his custody as provided in an order of October 29, 1926. *Lyda B. Conley* for plaintiff in error. No appearance for defendant in error.

---

PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 4, 1926, TO AND INCLUDING APRIL 11, 1927.

No. 362. LIGGETT AND MYERS TOBACCO COMPANY *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Chester A. Gwinn* and *Adrian C. Humphreys* for petitioner. *Solicitor General Mitchell* for the United States.

---

No. 377. RAY C. SIMMONS *v.* EDWARD P. SWAN. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Percy S. Bryant* for petitioner. *Mr. William A. Davenport* for respondent.

---

No. 385. CITY OF HAMMOND *v.* SCHAPPI BUS LINE (INC.). October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. L. T. Michener* and *John A. Gavit* for petitioner. *Mr. William J. Whinery* for respondent.

---

No. 386. CITY OF HAMMOND *v.* FARINA BUS LINE AND TRANSPORTATION COMPANY. October 11, 1926. Petition